IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LOUIS WATKINS,

    Plaintiff,                    No. CIV S-10-0620 LKK DAD PS

    vs.

JAMIE POPE, et al.,

    Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

       By order filed August 8, 2011, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff was granted thirty days from the date of the order to file a second amended complaint and was cautioned that failure to respond to the court's order in a timely manner may result in a recommendation that this action be dismissed. The thirty-day period has expired, and plaintiff has not responded to the court's order in any manner.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

       These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections

1 to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
2 objections within the specified time may, under certain circumstances, waive the right to appeal
3 the District Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4 DATED: September 19, 2011.

```
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

DAD:kw
Ddad1\orders.pro se\watkins0620.fta